IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAND LAL,

        Petitioner,

  v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,

        Defendants.

                                      /

No. C 05-02196 SI

**ORDER DISMISSING HABEAS PETITION AS MOOT**

Petitioner filed a habeas petition in this Court requesting "immediate declaratory and injunctive relief from his unlawful custody" pending deportation At the time the petition was filed, petitioner was in the custody of the Department of Homeland Security, Immigration Customs and Enforcement in Bakersfield, California. Petitioner did not challenge his removal, but solely his custody pending removal.

During the week of August 8, 2005, counsel for petitioner notified the Court that petitioner would be deported to Fiji within days. As a result, the Court conducted a telephone conference with the parties. During the conference, the Court asked counsel for petitioner to notify the Court if petitioner was deported. After receiving no information, the Court contacted counsel on August 19, 2005 and was informed that petitioner had been deported. Therefore, the question of custody pending deportation has become moot and, on that basis, the Court DISMISSES the petition.

**IT IS SO ORDERED.**

Dated: August 24, 2005

                                                        SUSAN ILLSTON
                                                        United States District Judge